# CRIMINAL COMPLAINT

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Mark Anthony Ciccariella**<br>DOB: 1975; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07209MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 7, 2020, in the District of Arizona, **Mark Anthony Ciccariella**, knowing or in reckless disregard that certain alien, namely Jimbiao Lin, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 7, 2020, in the District of Arizona (Lukeville), United States Border Patrol Agents (BPA) saw a suspected illegal alien emerge from an abandoned trailer inside the Gringo Pass RV Park and get into a 1997 Isuzu Trooper. The BPA followed the vehicle to the checkpoint when it suddenly stopped in the middle of the highway. The passenger side door opened and the BPA saw a single person run to the east and the vehicle continued to travel northbound. The BPA arrested the subject who ran from the vehicle and determined he was in the U.S. illegally. Another BPA stopped the vehicle and identified the driver **Mark Anthony Ciccariella**, a U.S. Citizen.

Material witness Jimbiao Lin said he had arranged to be smuggled into the United States for money. He said he crossed the border with a foot guide. They walked a short distance and waited there until a car arrived. The guide then pointed at the car and he got in the backseat.

In a post-*Miranda* statement, **Ciccariella** said he was asked by an unknown individuals to pick up someone who was stranded. He agreed to do this job to earn money to pay his rent and bills. He was instructed to go to Lukeville, AZ where a man got into his vehicle. He attempted to talk to the man but the man would not respond to him. After driving five to six minutes, he did not feel right about the situation, and he asked the man to get out. He said he had to push the man for him to exit his vehicle.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jimbiao Lin

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 9, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54